UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAGEL CONSTRUCTION, INC.,

      Plaintiffs,

                                               Case No. 1:05-cv-492
v.                                            Hon. Hugh W. Brenneman, Jr.

CREST CONSTRUCTION & EXCAVATING
LLC, et al.,

      Defendants

_____/

## ORDER

      In accordance with the Opinion filed this date, plaintiff's motion for summary judgment (docket no. 33) is **GRANTED** against defendant Travelers Casualty and Surety Company of America as to Count IV in the principle sum of $64,720.00 with statutory interest and costs.

      The parties are directed to attend a status conference on **Wednesday, August 16, 2006 at 9:00 a.m.** to address plaintiff's remaining claim against defendant J.O.A. Construction Co., Inc. in Count III.

Dated: June 29, 2006              /s/ Hugh W. Brenneman, Jr._____
                              Hugh W. Brenneman, Jr.
                              United States Magistrate Judge